LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar No. 89314
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff
SHARON GIOTTONINI

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
THERMA-WAVE LTD EMPLOYEE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GIOTTONINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERMA-WAVE., LTD EMPLOYEE BENEFITS PLAN,<br><br>　　　　Defendant.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY,<br><br>　　　　Real Party in Interest. | CASE NO. C 06-07591 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT TO NOVEMBER 16, 2007** |

Plaintiff Sharon Giottonini and defendant Therma-Wave LTD Employee Benefits Plan, by and through their respective attorneys of record, hereby stipulate and respectfully request that the hearing on the parties' cross-motions for summary judgment be continued seven days from November 9, 2007 to November 16, 2007 at 9:00 a.m. before the Honorable Susan Illston. The

briefing schedule on the merits will not change.

Good cause exists for the parties' request to reschedule the hearing on cross-motions for summary judgment. Pursuant to the Court's March 16, 2007 Order, the parties filed their cross-motions for summary judgment and will file their oppositions on October 19, 2007, and replies on October 26, 2007. The hearing on the cross-motions is currently scheduled for November 9, 2007, at 9:00 a.m. Counsel for defendant has a scheduling conflict, and therefore is not available on the hearing date previously set by the Court. There are no additional dates set by the Court following the hearing on the parties' cross-motions for summary judgment. The parties request that the briefing schedule remain the same, with oppositions due October 19, 2007, and replies due October 26, 2007.

IT IS SO AGREED AND STIPULATED.

DATED: October __, 2007   LAW OFFICES OF LAURENCE F. PADWAY

By: /s/Laurence F. Padway
Laurence F. Padway
Attorneys for Plaintiff
SHARON GIOTTONINI

DATED: October __, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Dennis G. Rolstad
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
THERMA-WAVE LTD EMPLOYEE BENEFITS PLAN

### **ORDER**

Pursuant to the stipulation set forth above, and good cause appearing, IT IS HEREBY ORDERED that the hearing on the parties' cross-motions for summary judgment is continued to November 16, 2007 at 9:00 a.m.

DATED: _____                    _____
                                         HONORABLE SUSAN ILLSTON