Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff

Sedgwick, Detert, Moran & Arnold LLP
BRUCE D. CELEBREZZE, BAR NO. 102181
DENNIS G. ROLSTAD, BAR NO. 150006
ERIN A. CORNELL, Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GIOTTONINI, | No. C06-07591 SI |
| Plaintiff,<br>vs. | STIPULATION AND (PROPOSED) ORDER EXTENDING DEADLINE TO FILE OPPOSITIONS TO CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| THERMA-WAVE., LTD EMPLOYEE BENEFITS PLAN, | |
| Defendant_____/ | |
| HARTFORD LIFE GROUP INSURANCE COMPANY, | |
| Real Party in Interest_____/ | |

Stipulation to Extend Deadline for Filing Opp to MSJ                    1

Pursuant to plaintiff's request, **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, that the due date for filing oppositions to cross-motions for summary judgment be continued to Monday, October 22, 2007, to be filed no later than 5 p.m. The due date for the reply briefs shall remain October 26, 2007.

Dated: October 18, 2007          LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
_____
Laurence F. Padway, Esq.
Attorneys for Plaintiff,
Sharon Giottonini

Dated: October 18, 2007          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
Dennis G. Rolstad, Esq.
Erin A. Cornell, Esq.
Attorneys for Defendant
Therma-Wave LTD Employee Benefits Plan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
HON. SUSAN ILLSTON
Judge of the United States District Court
Northern District