IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GIOTTONINI, | No. C 06-7591 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THERMA-WAVE, LTD EMPLOYEE BENEFITS PLAN, | |
| Defendant. | |
| ——————————————— | |
| HARTFORD LIFE GROUP INSURANCE COMPANY, | |
| Real Party in Interest | |
| ———————————————/ | |

The Court has granted defendant's motion for summary judgment and denied plaintiff's motion for summary judgment. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 15, 2007

_____
SUSAN ILLSTON
United States District Judge